No. 61025.—M. Segerman and American Express Co. et al. *v.* United States, protests 45819–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra,* the claim for free entry under paragraph 1681 was sustained, except as to the following merchandise:

| Merchandise | Entry | Protest |
| --- | --- | --- |
| "cat plates" | 97709 | 48882–K |
| "house cat plates" | 82601 | 97340–K |
| "Leopard cat plates" | " | " |
| "cat plates" | 82480 | 107489–K |
| " | 84312 | " |
| "white slink skins" | 49853 | 940791–G |

which was abandoned.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra.*